KUMIN SOMMERS LLP
Stephen A. Sommers, CSB 225742
Rory Quintana, CSB 258747
870 Market Street, Ste. 428
San Francisco, CA 94102
(415) 434-4500 (Tel.)
(415) 434-8453 (Fax)
info@kuminsommers.com

Attorneys for WILLIE J. ADAMS


OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
Thomas M. McInerney, SBN 162055
Erica K. Rocush, SBN 262354
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
(415) 442-4810 (Tel.)
(415) 442-4870 (Fax)

Attorneys for K&G MEN'S COMPANY, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE J. ADAMS, individual,<br><br>       Plaintiffs,<br><br>   vs.<br><br>MEN'S WEARHOUSE, INC., d.b.a. K & G<br>FASHION SUPERSTORE, a Texas<br>Corporation, and DOES 1 through 20,<br><br>       Defendants. | **CASE NO.: CV-10-00026-CRB**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF<br>COMPLAINT WITH PREJUDICE<br>PURSUANT TO FRCP 41**<br><br>Date Filed: December 9, 2009<br>Trial Date: Not Set |

WHEREAS, Plaintiff Willie J. Adams ("Plaintiff" or "Adams") and Defendant K&G

Men's Company, Inc. (erroneously named in the Complaint as Men's Wearhouse, Inc.)

("Defendant") (collectively, "the Parties") have agreed to fully settle the instant action;

STIP OF DISMISSAL AND
[PROPOSED] ORDER

Kumin Sommers, LLP

1    WHEREAS, the Parties have entered into a settlement and executed a Settlement

2  Agreement and Release of All Claims resolving all of Plaintiff's claims against Defendant,

3  including all claims arising under the Federal Age Discrimination in Employment Act ("ADEA,"

4  29 U.S.C. § 621, *et. seq.*) in exchange for valuable consideration;

5    NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court,

6  pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the

7  above-titled action as to all parties, with each party bearing his or its own fees and costs, except

8  as provided for in the Settlement Agreement and Release of All Claims entered into between the

9  Parties.

10

11  Dated: September 1

12                          KUMIN SOMMERS LLP

13

14          By

15                              STEPHEN A. SOMMERS
                                RORY C. QUINTANA
16

17                          Attorneys for WILLIE J. ADAMS

18  Dated: September 1, 2010

19                          OGLETREE, DEAKINS, NASH, SMOAK, & STEWART,
                            P.C.
20

21          By

22                              THOMAS M. MCINERNEY
                                ERICA K. ROCUSH
23

24                          Attorneys for K&G MEN'S COMPANY, INC.

25

26

27

28

- 2 -

STIP OF DISMISSAL AND
[PROPOSED] ORDER

1    [~~PROPOSED~~] ORDER

2        Having been advised by the Parties that a Settlement Agreement and Release of All

3    Claims was entered into, pursuant to which Mr. Adams has agreed to release all claims,

4    including all claims arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended

5    29 U.S.C. §201, *et seq*., against K&G Men's Company, Inc. in exchange for valuable

6    consideration, the matter of *Adams v. K& G Men's Company, Inc.*, United States District Court,

7    Northern District of California, Case No. CV-10-00026-CRB, is, by reason of the settlement,

8    hereby dismissed with prejudice in its entirety as to all parties.

9

10   **IT IS SO ORDERED.**

11

12   Dated: __September 2, 2010__



13   _____
     Hon. Charles Breyer
     United State...

     IT IS SO ORDERED

     Judge Charles R. Breyer

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Kumin Sommers, LLP*

- 3 -